**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIA MATIGA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MORTGAGE IT INC.; GMAC ) <br> MORTGAGE LLC; ETS ) <br> SERVICES LLC and DOES 1 ) <br> through 100, inclusive, ) <br> ) <br> Defendants. ) <br> _____) | Case No. EDCV 08-1503-VAP (VBKx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: December 3, 2008

_____
VIRGINIA A. PHILLIPS
United States District Judge