**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIA MATIGA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MORTGAGE IT INC.; GMAC ) <br> MORTGAGE LLC; ETS ) <br> SERVICES LLC and DOES 1 ) <br> through 100, inclusive, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. EDCV 08-1503-VAP (VBKx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED as to DEFENDANT MORTGAGEIT, INC. WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: January 28, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge